Entered on Docket
February 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: February 15, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-72378 EDJ |
| **WILLIE JAMES COBB and MARY HELEN COBB,** | Chapter 13 |
| Debtors. | ORDER VALUING LIEN OF JPMORGAN CHASE FKA WASHINGTON MUTUAL BANK |
| _____ / | |

    On January 12, 2011, Willie and Mary Cobb (hereinafter Debtors) served a motion to value the lien of JPMorgan Chase fka Washington Mutual Bank (hereinafter Lienholder) against the property commonly known as 1638 Bayo Vista, San Pablo, CA 94806, which lien was recorded in Contra Costa County on or about July 27, 2007 as document 021693700 (hereinafter the Lien).

    The court finds that notice of the motion upon Lienholder was proper. Lienholder having failed to file timely opposition to Debtors' motion, the court hereby orders as follows:

    (1) For purposes of Debtors' chapter 13 plan only, the Lien is valued at zero, Lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 1322 (b)(2) and 1327.

(2) This order shall become part of Debtors' confirmed chapter 13 plan.

(3) Upon entry of a discharge in Debtors' chapter 13 case, the Lien shall be voided for all purposes, and upon application by Debtors, the court will enter an appropriate form of judgment voiding the Lien.

(4) If Debtors' chapter 13 case is dismissed or converted to one under another chapter before Debtors obtain a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the Lienholder, the court will enter an appropriate form of order restoring the Lien.

(5) Except as provided by separate, subsequent order of this court, the Lien may not be enforced so long as this order remains in effect.

*** END OF ORDER ***

COURT SERVICE LIST

```
Law Offices of Patrick L. Forte
One Kaiser Plaza, Suite 480
Oakland, CA 94612

Willie & Mary Cobb
1638 Bayo Vista
San Pablo, CA 94806

Attn: Officer
JPMorgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer
JPMorgan Chase Bank
C/o CT Corporation System
818 West Seventh St.
Los Angeles, CA 90017

Attn: S. Blair Korschun
JP Morgan Chase Bank, NA
C/o Ascension Capital Group, Inc.
PO Box 201347
Arlington, TX 76006

Attn: Officer or Managing Agent
Ascension Capital Group, Inc.
Attn: JP Morgan Chase Bank, National Association Department
Account: XXXXXXXXXXXX0278
PO Box 201347
Arlington, TX 76006

Attn: Officer or Managing Agent
Ascension Capital Group, Inc.
Attn: Onyx Acceptance Corp (Serviced by Capital One Auto Finance) Department
Account: XXXXXXXXXXXX6891
P.O. Box 201347
Arlington, TX 76006
```