# CORRECTED
# NOTIFICATION OF CREDITOR CHANGE OF ADDRESS

Re: Mary H Cobb

Case no: 10-72378

Date: 11/2/12

To:     Clerk of the Court
        U.S. Bankruptcy Court
        Northern District of California
        280 South First Street
        San Jose, CA 95113

From: Real Time Resolutions, Inc (Name as it appears on Proof of Claim)

Claim No.: 11

Please update the creditor matrix with the following address information:

Old Address: Real Time Resolutions, Inc
1750 Regal Row, Suite 120
Dallas, Tx 75235

New Mailing Address:

Real Time Resolutions, Inc
1349 Empire Central Dr, Ste #150
P.O. Box 36655
Dallas, Tx 75247

New Payment Address:

Real Time Resolutions, Inc
P.O. Box 35888
Dallas, Tx 75235

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and belief, and I represent that the execution of this Notification of Creditor Change of Address has been duly authorized by the party on whose behalf the claim listed above pertains.

Signature: /s/ Cynthia Allman

Date: 11/2/12

Vice President of Bankrutcy