Martha G. Bronitsky
Chapter 13 Standing Trustee
6140 Stoneridge Mall Rd #250
Pleasanton,CA 94588-4588
(925) 621- 1900

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Willie James Cobb
Mary Helen Cobb

Chapter 13 Case No. 10-72378-MEH13

**OBJECTION TO CLAIM #13 AND NOTICE THEREOF WITH CERTIFICATE OF SERVICE**

debtor(s)

## OBJECTION TO CLAIM

I, Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby object to the claim of:
Investment Retrievers Inc
Attn: Officer Cheri Davis
Po Box 4733
El Dorado Hills, CA  957620023
(Creditor)

for any amount because claim number  13 was not filed timely, pursuant, to Bankruptcy Rule

3002(c) of the Code.

### NOTICE

NOTICE IS HEREBY GIVEN

(i) That local rule 9014-1 of the United States Bankruptcy Court for the Northern District of

California prescribes the procedures to be followed and that any objection to the requested relief,

or a request for hearing on the matter must be filed and served upon initiating party within 21 days

of mailing of the notice;

(ii) That a request for a hearing or objection must be accompanied by any declarations or

memoranda of law the party objecting or requesting wishes to present in support of its position,

(iii) That if there is not a timely objection to the requested relief or a request for hearing, the court

may enter an order granting the relief by default; and

(iv) Either: (a) That the initiating party will give at least 10 days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event any objection or request for hearing is timely made; or (b) The tentative hearing date.

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of this document with attachments by depositing it in the United States mail with first class postage in a sealed envelope addressed to the aforementioned claimant, debtor and counsel for debtor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Willie James Cobb                      Patrick L Forte Atty
Mary Helen Cobb                        1 Kaiser Plaza #480
1638 Bayo Vista                        Oakland,CA 94612
San Pablo,CA 94806
                                       (Counsel for Debtor)
(Debtor(s))

Also notify:

                                       INVESTMENT RETRIEVERS INC
                                       Attn: Officer
                                       2710 GATEWAY OAKS DR #150N
                                       SACRAMENTO, CA 95833

Date: September 23, 2013               /s/ ERICA CHAVEZ
                                       _____
                                       ERICA CHAVEZ

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT Northern District of California | PROOF OF CLAIM |
|---|---|

| Name of Debtor:<br>WILLIE JAMES COBB<br>MARY HELEN COBB | Case Number:<br>10-72378 |
|---|---|

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
INVESTMENT RETRIEVERS, INC.

Name and address where notices should be sent:
INVESTMENT RETRIEVERS, INC.
P.O. BOX 4733
EL DORADO HILLS, CA 95762

Telephone number: (916) 941-8851    email: gina@investment-retrievers.com

FILED

AUG 5 - 2013

COURT USE ONLY
United States Bankruptcy Court
San Jose, California

□ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:          email:

□ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

| 1. Amount of Claim as of Date Case Filed: | $ | 41,382.76 |
|---|---|---|

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☑ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Business Credit Card
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor:<br>8 2 5 8 | 3a. Debtor may have scheduled account as:<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** □Real Estate  □Motor Vehicle  □Other
**Describe:**

**Value of Property:** $_____

**Annual Interest Rate_____ %** □Fixed  or  □Variable
(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**
$_____

**Basis for perfection:** _____

**Amount of Secured Claim:** $_____

**Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).** If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.

□ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

□ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

□ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

□ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

□ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

□ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**
$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

**7. Documents:** Attached are redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "redacted".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**8. Signature:** (See instruction #8)

Check the appropriate box.

☑ I am the creditor.    ☐ I am the creditor's authorized agent.    ☐ I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐ I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:   Cheri Davis
Title:   Bankruptcy Coordinator
Company:   Investment Retrievers, Inc.
Address and telephone number (if different from notice address above):

_____

Telephone number:     email:

(Signature)      (Date)   07/31/2013

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

---

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, exceptions to these general rules may apply.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district in which the bankruptcy case was filed (for example, Central District of California), the debtor's full name, and the case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on delivering health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if an interested party objects to the claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**3b. Uniform Claim Identifier:**
If you use a uniform claim identifier, you may report it here. A uniform claim identifier is an optional 24-character identifier that certain large creditors use to facilitate electronic payment in chapter 13 cases.

**4. Secured Claim:**
Check whether the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See Definitions.) If the claim is secured, check the box for the nature and value of property that secures the claim, attach copies of lien documentation, and state, as of the date of the bankruptcy filing, the annual interest rate (and whether it is fixed or variable), and the amount past due on the claim.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. § 507 (a).**
If any portion of the claim falls into any category shown, check the appropriate box(es) and state the amount entitled to priority. (See Definitions.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach redacted copies of any documents that show the debt exists and a lien secures the debt. You must also attach copies of documents that evidence perfection of any security interest and documents required by FRBP 3001(c) for claims based on an open-end or revolving consumer credit agreement or secured by a security interest in the debtor's principal residence. You may also attach a summary in addition to the documents themselves. FRBP 3001(c) and (d). If the claim is based on delivering health care goods or services, limit disclosing confidential health care information. Do not send original documents, as attachments may be destroyed after scanning.

**8. Date and Signature:**
The individual completing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what constitutes a signature. If you sign this form, you declare under penalty of perjury that the information provided is true and correct to the best of your knowledge, information, and reasonable belief. Your signature is also a certification that the claim meets the requirements of FRBP 9011(b). Whether the claim is filed electronically or in person, if your name is on the signature line, you are responsible for the declaration. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. If the claim is filed by an authorized agent, provide both the name of the individual filing the claim and the name of the agent. If the authorized agent is a servicer, identify the corporate servicer as the company. Criminal penalties apply for making a false statement on a proof of claim.





Case 10-72378   Doc# 49   Filed 09/25/13   Entered 09/25/13 16:15:06   Page 7 of 16

## EXHIBIT A

### BILL OF SALE

This Bill of Sale is entered into this 30th day of July, 2010 by and between Investment Retrievers, inc. as Buyer, and Wells Fargo Bank, N.A., as Seller.

Pursuant to the terms of a Purchase Agreement (the "Agreement") executed by the Parties and this Bill of Sale, Buyer hereby purchases and accepts, and Seller hereby sells, assigns, transfers, and conveys to Buyer all its rights, interest and title in and to the Receivables listed on the attached Schedule A. The Agreement is incorporated herein and made a part hereof as if fully set forth. In the event of a conflict between the terms of this Bill of Sale and those of the Agreement, the terms of the Agreement shall prevail. All terms defined in the Agreement shall have the same meaning as given in the Agreement when used in this Bill of Sale.

Seller: Wells Fargo Bank, N.A.

Buyer: Investment Retrievers, Inc.

Number of Receivables:

List of Receivables attached hereto as Schedule A

Purchase Price:

Cut-Off Date:

Closing Date:

BUYER.

INVESTMENT RETRIEVERS, INC.

By:
Name: Shawn Zienth
Title: V.P.

SELLER.

WELLS FARGO BANK, N.A.

By:
Name: Marc Bernstein
Title: EVP

19

*5474 6488 0294 2930*



## Business Direct Application Search

Back To Search

### Application Details

| Application Sequence # | |
|---|---|
| Application ID# | |
| Application Date | 01/23/2007 |
| Application Time | 12:27:59 PM, Central Standard Time |

### Business Information

| Business Legal Name | COBB'S TILE&GROUT CLEANERS |
|---|---|
| Business Name (or DBA Name) | |
| Federal Tax ID Number | |
| Country where Business is headquartered | USA |
| Business ECN | |
| Business RRN | |
| Date Business Originally Established | 01/2007 |
| Number of Guarantors | 1 |
| Income Tax Year | |
| Gross Annual Revenue/Sales | $250,000.00 |
| Annual Net Income/Profit (Gross Sales less expenses) | |
| Tax Returns Filed Based On | |
| Business Files Separate Tax Return | |
| | |
| Type of Business | Construction ( 238900 ) |
| If selected "Other", please specify | |
| Type of Product/Service | cleaning services |
| Type of Ownership | Sole Proprietor |
| If selected "Other", please specify | |
| | |
| Business Location Address | 1638 BAYO VISTA AVE |
| City/Province | SAN PABLO |
| State | CA |
| Zip/Postcode | 94806-4111 |

| | |
|---|---|
| **Mailing Address** | |
| **City/Province** | |
| **State** | |
| **Zip/Postcode** | |
| | |
| **Business Phone Number** | (510) 435-1905 |
| **Referral Id** | |
| | |
| *Business Banking Accounts Section* | |
| **Account/ Institution 1** | |
| Routing Transit Number | |
| Account Number | |
| Bank Name | bank of america |
| Checking and/or Savings Balance | $15,000.00 |
| | |
| **Account/ Institution 2** | |
| Routing Transit Number | |
| Account Number | |
| Bank Name | |
| Checking and/or Savings Balance | |
| | |
| **Compliance Section** | |
| Does your business cash checks or give cash back on checks, travelers checks, or gift cards? | no |
| a. Is the total amount of cash back more than $25,000 per month? | |
| b. Would you ever give a customer back more than $1,000 in cash in one day? | |
| c. Do you charge a fee for this service? | |
| Does your business offer/sell money transfer or money telegram services? | no |
| Does your business sell money orders or travelers' checks, exchange currency or sell gift cards that can be used to get cash? | no |
| | |
| **Owner 1 Information** | |
| **First Name** | WILLIE |
| **M.I.** | J |
| **Last Name** | COBB SR |
| **Social Security Number** | ████████ |
| **Country of Citizenship** | Z8 |
| **Date of Birth** (mm/dd/yyyy) | ████████ |

| | |
|---|---|
| ECN | ████████1857268 |
| RRN | |
| % Business Ownership | 100% |
| Income Tax Year | |
| Gross Annual Individual Income | |
| Gross Annual Household Income | $115,000.00 |
| Home Phone Number | (510) 234-3420 |
| Home Address | ███████████████ |
| City/Province | ███████████ |
| State | ███████ |
| Zip/Postcode: | ███████████ |
| | |
| *Personal Banking Accounts Section* | |
| Account/ Institution 1 | |
| Routing Transit Number | |
| Account Number | |
| Bank Name | bank of america |
| Checking and/or Savings Balance | $10,000.00 |
| | |
| Account/ Institution 2 | |
| Routing Transit Number | |
| Account Number | |
| Bank Name | |
| Checking and/or Savings Balance | |
| | |
| Wells Fargo BusinessLine® Line of Credit Information | |
| Amount Requested ($1000 amount) | $50,000.00 |
| Request Type | NEW |
| Product Type | |
| Reservation ID | |
| Coupon Code | |
| PI Code | ZHE |
| Business Name | cobbs tile and grout |
| Card 1 Emboss Name | WILLIE J COBB SR |
| Card Long Name | |
| Use Of Proceeds | Cash Flow |
| If selected 'Other', please specify | |
| | |
| *Additional Benefits* | |
| Overdraft Protection: | No |
| Overdraft Protection RTN | |
| Wells Fargo Business Checking Account for Overdraft | |

**Protection**

| | |
|---|---|
| Optional Credit Protection Program | No |
| Optional Rate Protector Program | No |
| Telephone Transfer | No |
| Automatic Payment | No |
| Payment Type | None |
| Routing Transit Number | |
| Business Checking Account Number | |

**Wells Fargo® Business Platinum card Information**

| | |
|---|---|
| Credit Amount Requested | $50,000.00 |
| Card Request Type | NEW |
| Reservation ID | |
| Coupon Code | |
| PI Code | ZHG |
| Business Name For Cards | cobbs tile cleaners |
| Card 1 Emboss Name | WILLIE J COBB SR |
| Card Long Name | |
| Card Limit | $50,000.00 |
| | |
| *Additional Benefits* | |
| Business Card Rewards | Yes |
| Overdraft Protection | No |
| Overdraft Protection RTN | |
| Wells Fargo Business Checking Account for Overdraft Protection | |
| Optional Credit Protection Program | No |
| Automatic Payment | No |
| Payment Type | None |
| Automatic Payment Routing Transit Number | |
| Automatic Payment Business Checking Account Number | |

**Business Loan℠**

| | |
|---|---|
| Credit Amount Requested | $50,000.00 |
| Term Requested | 48 months |
| Reservation ID | |
| Coupon Code | |
| PI Code | BTS |
| Use of Proceeds | Working Capital |
| Use of Proceeds Other | |

Business Direct Credit Application

| Additional Benefits | |
|---|---|
| Automatic Payment | No |
| Payment Type | None |
| Automatic Payment Routing Transit Number | |
| Automatic Payment Business Checking Account Number | |
| Funds Disbursement | Check |

| Wells Fargo Equipment Express® Information | |
|---|---|
| Credit Amount Requested | $50,000.00 |
| Reservation ID | |
| Coupon Code | |
| PI Code | ZHI |
| Use of Proceeds | Purchase New Equipment |

| Additional Benefits | |
|---|---|
| Automatic Payment | No |
| Payment | None |
| Automatic Payment Routing Transit Number | |
| Automatic Payment Business Checking Account Number | |

| Contact Information | |
|---|---|
| Acceptance Agreement | I agree to the Acceptance Agreement Screen |
| Employee Name | ██████████ |
| HRIS#/Employee ID | ██████ |
| Location Phone | ██████████ |
| Location Fax | |
| Location MAC | ██████████ |
| Cost Center/AU/Branch # | ██████ |
| Employee Email | |
| Referrer ID | |
| Referrer Branch # | |

Back To Search

logout

## Business Direct Credit Application
### Agreement and Personal Guarantee

Owner/Guarantor #1: WILLIE J. COBB SR

Business Name: COBB'S TILE&GROUT CLEANERS

Application for: SVP ID: SVPP000001704170

Wells Fargo BusinessLine® Line of Credit Amount Requested: $50000

Wells Fargo® Business Platinum card Amount Requested: $50000

Wells Fargo Business Loan® Amount Requested: $50000

Wells Fargo Equipment Express® Amount Requested: $50000   01/23/07

By signing below, I certify that I am authorized to submit this application on behalf of the business named above ("Applicant") and that all information and documents provided in connection with this application, including federal and state income tax returns (if any), are true, correct and complete. I authorize Wells Fargo Bank, N.A. ("Bank") to obtain balance and payoff information on all accounts requiring payoff as a condition of approving this application and to obtain at any time credit bureau or business reports about me and my business, both in connection with this application as well as any review. I acknowledge that (i) this Service and state taxing authorities about me and my business...

[remainder of dense body text illegible]

Signature ///   WILLIE J. COBB SR   Title   Date  1/26/07

1/23/2007

For 24-Hour Customer Service Call: 800-225-5935

```
Prepared For          WILLIE J COBB SR
Account Number        ▒▒▒▒▒▒▒▒▒▒ 2930    Send Inquiries To:
Statement Closing Date     07/15/09     WF BUSINESS DIRECT P.O. BOX 348750 SACRAMENTO, CA 95834
Credit Line                $23,000      Send Payments To:
Available Credit               0        PAYMENT REMITTANCE CENTER PO BOX 54349 LOS ANGELES, CA 90054-
0349
```

```
Account Summary                          Payment Information
Previous Balance        $25,896.65       New Balance                    $0.00
-  Credits             $25,896.65        Current Payment Due            $0.00
-  Payments                 $0.00        Current Payment Due Date    08/10/09
+  Purchases & Other Charges $0.00
+  Cash Advances            $0.00
+  FINANCE CHARGE           $0.00
=  New Balance              $0.00
```

Rate Information

IF YOU WISH TO PAYOFF YOUR BALANCE IN FULL;
THE BALANCE NOTED ON YOUR STATEMENT IS NOT THE PAYOFF AMOUNT.
PLEASE CALL 800-225-5935 FOR PAYOFF INFORMATION.
YOUR RATE MAY VARY ACCORDING TO THE TERMS OF YOUR AGREEMENT.

| Type of Balance | ANNUAL INTEREST RATE | DAILY FINANCE CHARGE RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGES | TRANSACTION FINANCE CHARGES | TOTAL FINANCE CHARGES |
|---|---|---|---|---|---|---|
| PURCHASES | 14.00% | .03835% | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH ADVANCES | 14.00% | .03835% | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | | | | $0.00 | $0.00 | $0.00 |

Days in Billing Cycle 01

5596 0000 VWD 1   5  8   090715    Z X  Page 1 of 2      1821 4000 BD63   O1AB559600000000

```
Make checks payable to: Wells Fargo
Account Number        ▒▒▒▒▒▒▒▒▒▒ 2930
New Balance                 $0.00
Total Amount Due            $0.00
Current Payment Due Date  08/10/09
```

```
                                        000000
                                 COBBS TILE AND GROUT
                                 WILLIE J COBB SR
                                 ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒
PAYMENT REMITTANCE CENTER   VWD
▒▒▒▒▒▒▒▒
LOS ANGELES, CA 90054-0349
```

Prepared For:      WILLIE J COBB SR
Account Number     ███████████2930
Statement Closing Date:   07/15/09

## Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|-------|------|------------------|-------------|---------|---------|
| 07/15 | 07/15 | F1821006400999990 | CHARGE OFF ACCOUNT-PRINCIPALS | 21,774.93 | |
| 07/15 | 07/15 | F1821006400999990 | CHARGE OFF ACCOUNT *FINANCE CHARGES* | 4,121.72 | |

5596 0000 VWD 1    5  8   090715    Z X   Page 2 of 2      1821 4000 BD63   O1AB559600000000